**Dated: March 10, 2016**
**The following is ORDERED:**

**Paulette J. Delk**
**UNITED STATES BANKRUPTCY JUDGE**

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Kelsea Nelson

Debtor(s).

Case No. 15−27878 pjd
Chapter 13

---

**ORDER APPROVING STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT AND DISCHARGING TRUSTEE COMBINED WITH NOTICE OF THE ENTRY THEREOF**

---

It appears to the Court, on its own initiative, that an Order has been previously signed by a Bankruptcy Judge dismissing the chapter 13 case of the above−named debtor(s).

It further appears to the Court that the Standing Chapter 13 Trustee has filed a Final Report and Account and that this previously dismissed case is now ready for statistical closing.

**IT IS, THEREFORE, ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Standing Chapter 13 Trustee's Report and Account is approved and the Trustee is hereby discharged of his trust.

2. This previously dismissed chapter 13 case is hereby statistically closed.

United States Bankruptcy Court
Western District of Tennessee

In re:
Kelsea Nelson
Debtor

Case No. 15-27878-pjd
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0651-2 User: admin Page 1 of 1 Date Rcvd: Mar 11, 2016
Form ID: ch13fin Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2016.

db +Kelsea Nelson, 2355 Pendleton Street E-05, Memphis, TN 38114-6390
aty +Allen C. Jones, 314 Poplar Avenue, Memphis, TN 38103-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr E-mail/Text: ch13gws@gmail.com Mar 11 2016 22:59:54 George W. Stevenson Chapter 13, 5350 Poplar Avenue, Suite 500, Memphis, TN 38119-3697

TOTAL: 1

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2016 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2016 at the address(es) listed below:

Allen C. Jones on behalf of Debtor Kelsea Nelson acjones5251951@yahoo.com
George W. Stevenson Chapter 13 ch13gws@gmail.com
U.S. Trustee ustpregion08.me.ecf@usdoj.gov

TOTAL: 3